**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000017
02-FEB-2024
07:58 AM
Dkt. 10 ODSLJ**

NO. CAAP-24-0000017


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


MARK MALAGODI and JANET JOHNSTON,
Plaintiffs/Counterclaim Defendants-Appellees, v.
CAMERON E. NICE and MARTHA J. JACOBSEN,
aka MARTHA J. JACOBSEN-NICE,
Defendants/Counterclaimants-Appellants, and
AMERICAN SAVINGS BANK, F.S.B.,
a Federal Savings Bank, Defendant-Appellee, and
JOHN DOES 1-20; JANE DOES 1-20; DOE PARTNERSHIPS 1-20;
DOE CORPORATIONS 1-20; and DOE ENTITIES 1-20, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 5CCV-22-0000027)


ORDER DISMISSING APPEAL FOR LACK OF JURISDICTION
(By: Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon review of the record, it appears that self-represented Defendants/Counterclaimants-Appellants Cameron E. Nice and Martha J. Jacobsen, AKA Martha J. Jacobsen-Nice (**Nice Parties**) appeal from the Circuit Court of the Fifth Circuit's November 1, 2022 "Order Approving Plaintiffs' Motion for Summary Judgment Filed July 29, 2022" and February 7, 2023 "Order Granting Plaintiffs' Motion to Enforce Order Granting Plaintiffs' Motion for Summary Judgment Filed Herein on December 13, 2022." We conclude that the court lacks jurisdiction because the circuit court has not yet entered a final, appealable judgment. See Hawaii Revised Statutes § 641-1(a) (2016); Hawaiʻi Rules of Civil

Procedure Rules 54(b), 58; <u>Jenkins v. Cades Schutte Fleming & Wright</u>, 76 Hawaiʻi 115, 119, 869 P.2d 1334, 1338 (1994).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, February 2, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge